# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RIDGE HARVEY DAWSON,<br><br>    Defendant. | Case No. 2:92-cr-00166-LDG<br><br>**ORDER** |

The defendant, Ridge Harvey Dawson, moves for clarification of his sentence (#141), which motion the United States opposes (#142).

Dawson alleges that the Bureau of Prisons is improperly calculating his sentence because it is crediting his sentence as commencing on November 8, 1995, rather than on November 5, 1993. Dawson has not alleged or shown that he has exhausted his administrative remedies with the Bureau of Prisons regarding this alleged sentencing calculation error. Accordingly,

THE COURT **ORDERS** that Defendant's Motion for Clarification of Sentence (#141) is DENIED.

DATED this ___21___ day of December, 2011.

_____
Lloyd D. George
United States District Judge