# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RIDGE DAWSON,

    Defendant.

Case No. 2:92-cr-00166-LDG

**ORDER**

    The defendant moves for a sentence reduction or modification pursuant to 18 U.S.C. §3582(c)(2) (ECF No. 146). A review of the motion establishes that the defendant, who was released from custody in August 2013 but who remains subject to supervised release, is requesting that this Court grant him relief under 28 U.S.C. § 2255 based on the application of *Johnson v. United States*, 135 S. Ct. 2551 (2015).

    Previously, this District Court issued a First Amended General Order in which the Office of the Federal Public Defender for the District of Nevada was appointed to represent certain defendants who had been identified by the United States Sentencing Commission ("Commission") to determine whether the identified defendant may qualify for federal habeas relief under 28 U.S.C. § 2255 in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). The Commission identified those defendants who were in prison in 2015.

As the defendant was not in prison in 2015, the Commission did not identify the defendant as potentially qualifying for relief.

The Court will appoint the Federal Public Defender as counsel for purposes of determining whether the defendant may qualify for federal habeas relief under 28 U.S.C. § 2255 in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015) and, if so determined, to represent the defendant in seeking such relief. Consistent with the First Amended General Order, the Court will not set a briefing schedule until a supplemental brief has been filed.

Accordingly,

THE COURT **ORDERS** that the Federal Public Defender is appointed as counsel for defendant for purposes of determining whether the defendant may qualify for federal habeas relief under 28 U.S.C. § 2255 in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015) and, if so determined, to represent the defendant in seeking such relief.

DATED this 30 day of October, 2017.

Lloyd D. George
United States District Judge