# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RIDGE H. DAWSON,

    Defendant.

Case No. 2:92-cr-00166-LDG

**ORDER**

Following the Supreme Court's decision in *United States v. Johnson*, 135 S.Ct. 2551 (2015), the defendant, Ridge Dawson, moved *pro se* for a sentence reduction or modification. The Court appointed the Federal Public Defender to determine if Dawson qualified for federal habeas relief under 28 U.S.C. §2255 in light of *Johnson*.

Dawson and the United States jointly recognize that Dawson may be entitled to relief, but that the most efficient and appropriate means of affording relief is to immediately terminate supervised release. Accordingly, the parties jointly recommend that the Court immediately terminate Dawson's supervision. The parties have established to the satisfaction of the Court that Dawson is eligible for immediate termination of his supervision.

Accordingly,

1     THE COURT **ORDERS** the parties' Joint Motion for Early Termination of Supervised
2 Release (ECF No. 150) is GRANTED; The supervised release of Ridge H. Dawson is
3 TERMINATED effective immediately upon the entry of this Order.
4     THE COURT FURTHER **ORDERS** that Defendant's Motion for Sentence Reduction
5 / Modification Pursuant to 18 U.S.C. 3582(c)(2) (ECF No. 146) is DENIED as moot.

8 DATED this 27Th day of November, 2017.

Lloyd D. George
United States District Judge